IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON MILLER,                                                                                        PLAINTIFF
ADC #163252

v.                                          5:18CV00146-JM-JTK

KRANK, et al.                                                                                       DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Krank, Correct Care Solutions, Arkansas Department of Correction, Reed, DePriest, Griffin, Cashion, Kelly, Naylor, Lawrence, Dominic, Johnson, Butterbuagh, and Moore, are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 6th day of September, 2018.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1