IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

AARON MILLER,
ADC #163252                                                                                    PLAINTIFF

5:18CV00146-JM-JTK

KRANK, et al.                                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant's Motion for Judgment on the Pleadings, or in the alternative, for Summary Judgment, which this Court construes as a Motion for Summary Judgment (Doc. No. 30) is GRANTED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 5th day of April, 2019.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1