**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

AARON MILLER,
ADC #163252                                                                                          PLAINTIFF

5:18CV00146-JM-JTK

KRANK, et al.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED without prejudice.    The relief sought is denied.

IT IS SO ADJUDGED this 5th day of April, 2019.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE